IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLASSCO INC., | ) | Case No. 1:11-cv-06241 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Honorable Judge Joan B. Gottschall |
| v. | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| APPLE INC., HTC AMERICA, INC., | ) | |
| HEWLETT-PACKARD COMPANY, | ) | **JURY TRIAL DEMANDED** |
| PALM, INC., SAMSUNG | ) | |
| TELECOMMUNICATIONS | ) | |
| AMERICA, LLC, LG ELECTRONICS | ) | |
| MOBILECOMM U.S.A., INC., AND | ) | |
| ZTE (USA) INC., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW JASON J. LEE
AS COUNSEL OF RECORD FOR APPLE INC.**

Pursuant to Local Rule 87.13, defendant Apple Inc. and Jason J. Lee hereby move this Court for the withdrawal of Jason J. Lee—currently with Morrison & Foerster LLP—as counsel of record for Apple Inc. Apple Inc. will still be represented by Todd H. Flaming of KrausFlaming LLC and Vincent J. Belusko, Bita Rahebi, and Alex S. Yap of Morrison & Foerster LLP.

WHEREFORE, Apple and Mr. Lee respectfully request this Court enter an order withdrawing Mr. Lee as counsel of record for Apple Inc.

1

Dated: October 31, 2013                              Respectfully submitted,

                                                     */s/ Todd H. Flaming*
                                                     Attorneys for Defendant Apple Inc.

Todd H. Flaming (6216071)
Todd@KrausFlaming.com
**KRAUSFLAMING LLC**
20 South Clark Street
Suite 2620
Chicago, Illinois 60603
Telephone:  (312) 447-7217
Facsimile:   (312) 236-9201

Vincent J. Belusko (vbelusko@mofo.com)
Bita Rahebi (brahebi@mofo.com)
Alex S. Yap (ayap@mofo.com)
Jason J. Lee (jlee@mofo.com)
**MORRISON & FOERSTER LLP**
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
Telephone:  (213) 892-5200
Facsimile:   (213) 892-5454

**CERTIFICATE OF SERVICE**

    I, Todd H. Flaming, an attorney, hereby certify that on October 31, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically sends email notification to all counsel of record for the other parties to this lawsuit.

                                        */s/ Todd H. Flaming*