**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CLASSCO INC., | ) | Case No. 1:11-cv-06241 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Honorable Judge Joan B. Gottschall |
| v. | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| APPLE INC., HTC AMERICA, INC., | ) | |
| HEWLETT-PACKARD COMPANY, | ) | **JURY TRIAL DEMANDED** |
| PALM, INC., SAMSUNG | ) | |
| TELECOMMUNICATIONS | ) | |
| AMERICA, LLC, LG ELECTRONICS | ) | |
| MOBILECOMM U.S.A., INC., AND | ) | |
| ZTE (USA) INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:  Counsel of Record

**PLEASE TAKE NOTICE** that on Wednesday, November 6, 2013 at 9:30 a.m., or as soon as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall, or any judge sitting in her stead, in Courtroom 2325, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the Motion to Withdraw Jason J. Lee as counsel of record for Apple Inc., a copy of which was served upon you.

Dated: October 31, 2013          Respectfully submitted,

         */s/ Todd H. Flaming*
         Attorneys for Defendant Apple Inc.

Todd H. Flaming (6216071)
Todd@KrausFlaming.com
**KRAUSFLAMING LLC**
20 South Clark Street
Suite 2620
Chicago, Illinois 60603
Telephone: (312) 447-7217
Facsimile: (312) 236-9201

Vincent J. Belusko (vbelusko@mofo.com)
Bita Rahebi (brahebi@mofo.com)
Alex S. Yap (ayap@mofo.com)
Jason J. Lee (jlee@mofo.com)
**MORRISON & FOERSTER LLP**
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

**CERTIFICATE OF SERVICE**

    I, Todd H. Flaming, an attorney, hereby certify that on October 31, 2013, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system, which automatically sends email notification to all counsel of record for the other parties to this lawsuit.

                                            */s/ Todd H. Flaming*