ClassCo Inc.
                         Plaintiff,

v.                                                     Case No.: 1:11−cv−06241
                                                            Honorable Joan B. Gottschall

Apple, Inc., et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 5, 2013:

      MINUTE entry before Honorable Joan B. Gottschall: Defendant's motion to withdraw Jason J. Lee as counsel of record [162] is granted. Attorney Jason J. Lee terminated. No appearance required on 11/6/2013.Mailed notice(meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.