# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

ClassCo Inc.

                Plaintiff,

v.                                        Case No.: 1:11−cv−06241

                                                          Honorable Joan B. Gottschall

Apple, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 18, 2013:

      MINUTE entry before Honorable Joan B. Gottschall: On the court's own motion, status hearing set for 3/18/2014 at 9:30 a.m. is stricken and reset to 3/21/2014 at 9:30 a.m. Mailed notice(meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.