## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

ClassCo Inc.

                Plaintiff,

v.                                                Case No.: 1:11−cv−06241
                                                   Honorable Joan B. Gottschall

Apple, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 24, 2014:

    MINUTE entry before the Honorable Joan B. Gottschall: The parties' joint status report indicates that a continued stay of this matter is appropriate. Accordingly, the status hearing scheduled for 9/26/2014 at 9:30 a.m. is stricken and reset for 3/25/2015 at 9:30 a.m. Parties are encouraged to file a joint status report if a continued stay is warranted at that time. Parties shall contact the court within 30 days of a decision by the Patent Trial and Appeal Board. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.